IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                           CRIMINAL NO. 09-3458-WJ

REEHAHLIO CARROLL,

       Defendant.

## ORDER GRANTING MOTION IN LIMINE PRECLUDING REFERENCES TO COUNSEL'S PERSONAL AND PROFESSIONAL HISTORY

THIS MATTER comes before the Court upon the Government's Motion in Limine Requesting that Counsel for both Plaintiff and Defendant Be Precluded from Making Biographical Curriculum Vitae-Style References to Themselves, filed May 18, 2012 (**Doc. 147**).[1]

The Court agrees that details of personal history and professional history and background is not only irrelevant, but would be distracting to the jury. Therefore, the motion is GRANTED.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's response was due Friday, May 25, 2012 (see Doc. 121 at 2), but no response has been filed.